HARBOR AND SUBURBAN BUILDING AND SAVINGS ASSOCIATION, Respondent, *v.* GEORGE T. WOOD et al., Appellants, Impleaded with Others.

*Harbor & Suburban B. & S. Assn.* v. *Wood*, 121 App. Div. 507, affirmed. (Argued February 19, 1909; decided March 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1907, which reversed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term dismissing the complaint and granting the defendants affirmative relief in an action to foreclose a mortgage on real property and granted a new trial.

*Samuel Leavitt* for appellants.

*Morton Stein* and *Alexander S. Bacon* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

———

JULIA M. BOOTH, as Administratrix of the Estate of ARTHUR C. BOOTH, Deceased, Appellant, *v.* WILLIAM A. MILLIKEN, Respondent.

(Submitted March 1, 1909; decided March 5, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 194 N. Y. 553.)